RECEIVED
BY: _____
JUL 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| GULF SOUTH PIPELINE COMPANY, LP | CIVIL ACTION NO. 5:06-1099 |
| VERSUS | JUDGE WALTER |
| .70 ACRES OF LAND, MORE OR LESS, SITUATED IN DESOTO PARISH, LOUISIANA; AUDREY FAYE MILLS A/K/A AUDREY FAYE PICKARD; SHIRLEY ANN CAMPBELL; SANDRA KAY HARRISON; MARLA BELL; AND ANY UNKNOWN OWNERS AND OTHER INTERESTED PARTIES | MAGISTRATE JUDGE HORNSBY |

## ORDER

Based on the foregoing:

**IT IS ORDERED** that plaintiff Gulf South Pipeline Company, LP's motion to dismiss without prejudice and to disburse funds previously deposited into the registry of the court be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the clerk of court is authorized and directed to draw a check on the funds on deposit in the registry of the court in the principal amount of $3,010.00 plus all interest earned less the assessment fee for administration of funds, payable to Cook, Yancey, King & Galloway, APLC, care of Herschel E. Richard, Jr., P.O.

Box 22260, Shreveport, Louisiana 71120-2260, attorneys for Gulf South Pipeline Company, LP, and mail or deliver the check to said payee. The Tax Identification number for Cook, Yancey, King & Galloway, APLC, is 72-1202979.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this the 6th day of July, 2006.

_____
~~DISTRICT~~ JUDGE
MHc.